880

No. 346, Misc.   LONG *v.* IOWA; and

No. 379, Misc.   IN RE COON.   Motions for leave to file petitions for writs of certiorari denied.

No. 350.   UNITED STATES *v.* MANUFACTURERS NATIONAL BANK OF DETROIT, EXECUTOR.   Appeal from the United States District Court for the Eastern District of Michigan.   Probable jurisdiction noted.   *Solicitor General Rankin, Acting Assistant Attorney General Sellers, Myron C. Baum* and *L. W. Post* for the United States. *Henry I. Armstrong, Jr.* and *Louis F. Dahling* for appellee.

No. 321.   SUN OIL CO. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir.   Certiorari granted.   *Martin A. Row, Robert E. May* and *Omar L. Crook* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Willard W. Gatchell* and *Howard E. Wahrenbrock* for respondent.

No. 389.   FEDERAL TRADE COMMISSION *v.* ANHEUSER-BUSCH, INC.   C. A. 7th Cir.   Certiorari granted.   *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Charles H. Weston* and *Alan B. Hobbes* for petitioner.   *Charles M. Price, Robert C. Keck, Edgar Barton* and *Thomas J. Carroll* for respondent.

No. 335.   SUNRAY MID-CONTINENT OIL CO. *v.* FEDERAL POWER COMMISSION.   C. A. 10th Cir.   Certiorari granted. *James C. Denton, Jr., M. Darwin Kirk* and *Dale E. Doty* for petitioner.   *Solicitor General Rankin. Assistant Attor-*